IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10044
Conference Calendar
_____

CHARLES E. SAUNDERS, on behalf of himself and all others
similarly situated,

Plaintiff-Appellant,

versus

J. DENNIS HASTERT, The Honorable, Speaker of the House of
Representatives of the 106th Congress of the United States of
America; WILLIAM J. CLINTON, President and Chief Executive
Officer of the United States of America,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:00-CV-3-C
--------------------
June 14, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Charles E. Saunders appeals the district court's denial of
his motion to recuse and dismissal of his 42 U.S.C. §§ 1981,
1985, 1986 claims. Saunders argues that the district court judge
was not impartial. Saunders also contends that he demonstrated a
federal question which conferred subject matter jurisdiction and
that he showed an injury in fact.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Saunders has not demonstrated that a reasonable person would harbor doubts about the district court judge's impartiality because he has not provided sufficient evidence to question the district court judge's impartiality. See <u>Travelers Ins. Co. v. Liljeberg Enters., Inc.</u>, 38 F.3d 1404, 1408 (5th Cir. 1994). Saunders lacks standing because he does not allege an injury in fact. See <u>Breaux v. United States Postal Serv.</u>, 202 F.3d 820, 820 (5th Cir. 2000). This appeal is frivolous. See <u>Howard v. King</u>, 707 F.2d 215, 220 (5th Cir.1983).

Saunders is cautioned that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Saunders is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.